■ The evidence is deemed sufficient to support the conviction.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### TAYLOR v. STATE.

No. 19356.

Court of Criminal Appeals of Texas.

Feb. 2, 1938.

H. L. Lewis, Jr., of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for violating the Texas Liquor Control Act, Vernon's Ann.P.C. arts. 666—1 et seq., 667—1 et seq., punishment being assessed at a fine of $150.

The record is before this court without a statement of facts or bills of exception. All matters of procedure appear regular.

No error appearing, the judgment will be affirmed.